Brooks L. Iler, S.B.# 99020
brooks@ilerlaw.com
Virgil A. Iler, S.B. # 158460
virgil@ilerlaw.com
ILER & ILER, LLP
16466 Bernardo Center Drive, Suite 281
San Diego, CA 92128
Tel (858) 592-6212
Fax (858) 592-6213

Attorneys for Plaintiff, JOHN MATTEOTTI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MATTEOTTI,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; THE IDS GROUP, INC. EMPLOYEE BENEFIT PLAN,<br><br>  Defendants. | CASE NO. '21CV2090 BEN AHG<br><br>**COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA**<br><br>29 U.S. Code Section 1132(a)(1)(B) |

Plaintiff JOHN MATTEOTTI alleges as follows:

1. At all times relevant herein, Plaintiff, JOHN MATTEOTTI, was an individual residing in San Diego County, California.

2. On or about November 12, 2018, plaintiff became employed by IDS Group, Inc., as a Mechanical Engineer.

3. IDS Group, Inc., sponsored a group disability plan known as the IDS

GROUP INC. EMPLOYEE BENEFIT PLAN, (hereinafter called the "PLAN"), which was administered and underwritten by defendant, THE GUARDIAN INSURANCE COMPANY OF AMERICA.

4. Defendant, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, (hereinafter called "GUARDIAN"), is a corporation licensed to sell insurance and doing business as an insurer in the State of California, with a principal place of business in the State of New York.

5. The employer-sponsored group disability plan and the claim at issue in this action are governed by the *Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et. seq.*

6. On or about April 30, 2020, plaintiff became disabled within the definition of the disability benefit plan, and soon thereafter, and in a timely fashion, he made a claim for benefits under said plan to defendant GUARDIAN.

7. On or about August 30, 2021, plaintiff's claims for ongoing disability benefits and waiver of his life insurance premium were denied. Plaintiff remains disabled as defined by the plan to this date and continues to be eligible for long term disability and life insurance premium waiver benefits under the plan.

8. Plaintiff made a timely administrative appeal of the denial; the administrative appeal was denied in a letter dated August 30, 2021, thereby exhausting the Plan's administrative appeal process.

**WHEREFORE**, plaintiff prays judgment from the Court as follows:

1. Declaring that plaintiff is covered for past and ongoing disability benefits and waiver of his life insurance premiums under the Plan;

2. For past-due benefits in the amount of approximately $5,000 per month through the date of filing, and additional benefits accumulating at the same monthly rate;

3. For interest on past due benefits;
4. For reasonable attorney's fees;
5. For costs of suit herein;
6. For such other relief as the court deems proper.

Dated: 12/15/21                    ILER & ILER, LLP


                                   By:   s/ Brooks L. Iler
                                         Brooks L. Iler
                                         Attorneys for Plaintiff,
                                         JOHN MATTEOTTI