| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP |
| | ELISE D. KLEIN, SB# 111712 |
| 2 |   E-Mail: Elise.Klein@lewisbrisbois.com |
| | 633 West 5th Street, Suite 4000 |
| 3 | Los Angeles, California 90071 |
| | Telephone: 213.250.1800 |
| 4 | Facsimile: 213.250.7900 |
| 5 | Attorneys for Defendant The IDS Group Inc. Employee Benefit Plan |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MATTEOTI,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, THE IDS GROUP INC. EMPLOYEE BENEFIT PLAN,<br><br>    Defendants. | Case No.  3:21-CV-2090-AJB-AHG<br>[Judge Anthony J. Battaglia]<br><br>**JOINT STIPULATION RE: DISMISSAL**<br><br>**[Filed concurrently with Order]** |

The parties hereto, by and through their respective counsel of record, hereby stipulate that this action be dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

DATED:  June 2, 2022        ILER & ILER LLP

                                       By:     /s/Brooks L. Iler
                                                 BROOKS L. ILER
                                                 Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | DATED:  June 2, 2022 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C. |

By: _/s/Sean P. Nalty_
SEAN P. NALTY
Attorneys for Defendant The Guardian Life Insurance Company of America

DATED:  June 2, 2022LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/Elise D. Klein_
ELISE D. KLEIN
Attorneys for Defendant The IDS Group Inc. Employee Benefit Plan

## **ATTESTATION**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.