# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MATTEOTI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, THE IDS GROUP INC. EMPLOYEE BENEFIT PLAN,<br><br>　　　　Defendants. | Case No.  3:21-CV-2090-AJB-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Based on the stipulation of the parties, and good cause appearing, this action is hereby dismissed with prejudice.  Each party shall bear his or its own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated:  June 2, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　United States District Judge